IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

(2 minutes)

## MINUTES OF PROCEEDINGS

July 28, 2006

HONORABLE MAGISTRATE JUDGE MARIANNE BOWLER

COURTROOM DEPUTY: Brenda GONZALEZ          Cr.99-344-17 (PG)

COURT REPORTER: FTR

COURT INTERPRETER: Janis PALMA            PO: Martin DE SANTIAGO

===============================================================

| | |
|---|---|
| United States of America | **Attorneys for** Plaintiffs: Dina Avila, AUSA |
| vs. | |
| Jeyson Badillo-Lopez | Defendants: Hector Ramos, AFPD |

Defendant was brought before the Magistrate Judge by the U. S. Marshals upon an arrest warrant issued on July 27, 2006, by order of Senior Judge Perez-Gimenez per violation of his supervised release conditions. Defendant was advised that a **Preliminary Hearing, in re: Supervised Release Violation is set for August 1, 2006, at 2:45 p.m. before the Magistrate Judge Camille Velez-Rive**. The Court remanded defendant under the custody of the U. S. Marshals. The Federal Public Defender will represent defendant.

s/ Brenda Gonzalez
Brenda Gonzalez
Courtroom Deputy

s/c: AUSA, USM, PO, FPD