IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>1- Jeyson Badillo-Lopez<br><br><br>Defendant | CR. NO. 99-344-17 (PG) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

      (1)   is financially unable to employ counsel,

      (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

      BY ORDER OF THE COURT, NUNC PRO TUNC  _____

      At San Juan, Puerto Rico, on     July 28, 2006

      FRANCES RIOS DE MORAN
      Clerk of the Court


      By: S/ Brenda Gonzalez
      Deputy Clerk