AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

RECEIVED & FILED
'06 AUG -1 4:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Jeyson M. Badillo-Lopez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 99 - 344 (17) (PG)

I, Jeyon M. Badillo - Lopez, charged in a ☐ complaint ☒ petition pending in this District of Puerto Rico in violation of 18, U.S.C., 3583 (Conditions of supervised Release)

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_____
Defendant

8/1/06
Date

_____
Counsel for Defendant