AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL   District of   PUERTO RICO

UNITED STATES OF AMERICA

V.

**Jeyson Manuel BADILLO-LOPEZ**
aka: José Badillo-López

**WARRANT FOR ARREST**

Case Number: 99 CR 00344-17 (PG)

*RECEIVED AND FILED 2006 AUG 10 PM 1:27 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jeyson Manuel BADILLO-LOPEZ_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violations of conditions of supervised release term..

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

*[signature] González*
Signature of Issuing Officer   By: Janet González, Deputy Clerk

July 27, 2006 at Hato Rey, Puerto Rico
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 7-28-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-28-06 | VICTOR CALDERON TFA PRFTF | By: [signature] |