IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'6 AUG 18 PM 2:58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

UNITED STATES OF AMERICA

V.                                          CASE NO. 3:99CR00344-17(PG)

JEYSON MANUEL BADILLO-LOPEZ
A.K.A. "JOSE BADILLO-LOPEZ"

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

Upon petition of MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER of this Court, alleging that the offender, JEYSON MANUEL BADILLO-LOPEZ, has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on _September 8_ 2006 at _9:00 AM._, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide the defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _17th_ day of ~~July~~ _August_ 2006.

_____
JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE