**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

      **vs.**                          **CASE NO. 3:99CR00344-17(PG)**

**JEYSON M. BADILLO-LOPEZ**

* * * * * * * * * * * * * * * * * * * * *

**MOTION IN COMPLIANCE TO COURT ORDER
DATED AUGUST 21, 2006**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER of this Honorable Court,** respectfully informing that pursuant to court order dated August 21, 2006, discovery as requested by the Federal Public Defender's Office was provided to both parties on August 29, 2006.

    **WHEREFORE**, I declare under perjury that the foregoing is true and correct, this motion is respectfully submitted for informational purposes only.

    In San Juan, Puerto Rico, this 31st day of August 2006.

                                     Respectfully submitted,

                                     EUSTAQUIO BABILONIA, CHIEF
                                     U.S. PROBATION OFFICER

                                     s/Martin De Santiago
                                     Martin De Santiago
                                     Senior U.S. Probation Officer
                                     Federal Office Building Room 400
                                     150 Chardon Avenue
                                     San Juan, P.R. 00918-1741
                                     Tel. 787-766-5860
                                     Fax 787-766-5945
                                     E-mail: martin_de_santiago@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 31, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant Federal Public Defender Francisco Valcarcel and Assistant U.S. Attorney Julia Díaz-Rex.

In San Juan, Puerto Rico, this 31st day of August 2006.

s/Martin De Santiago
Martin De Santiago
Senior U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-766-5945
E-mail: martin_de_santiago@prp.uscourts.gov
