IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>VS.<br><br>17 JEYSON MANUEL BADILLO-LOPEZ<br><br>Defendant(s) | CASE NO. 99-CR-344 (PG) |

O R D E R

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)    is financially unable to employ counsel,

    (2)    does not wish to waive counsel,

and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substituted attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____.

At San Juan, Puerto Rico, on  September 4, 2008.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court

                               By:    s/Elba I. Rivas
                                        Elba I. Rivas
                                        Courtroom Deputy Clerk