AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__JUDICIAL__   District of   __PUERTO RICO__

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

**Jeyson Manuel BADILLO-LOPEZ**

Case Number:   99 CR 00344-17 (PG)

USM Number:   19248-069

AFPD-Héctor RAMOS-VEGA
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __2 and 7__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Condition No. 2 | Commit a state crime, that is, traffic violation. | June 25, 2008 |
| Condition No. 7 | Use of controlled substance. | July 28, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 9, 2008
Date of Imposition of Judgment

s/Juan M. Pérez-Gimenez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, Senior U. S. District Judge
Name and Title of Judge

September 9, 2008
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT: Jeyson Manuel BADILLO-LOPEZ
CASE NUMBER: 99 CR 00344-17 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **eleven (11) months.**

X  The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be allowed to participate in any substance abuse treatment program offered to inmates.**

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL